AO 93 (Rev. 12/09) Search and Seizure Warrant

## UNITED STATES DISTRICT COURT
for the
Western District of Arkansas



U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
JUN 14 2010
CHRIS R. JOHNSON, CLERK
BY
_____
DEPUTY CLERK

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
)  Case No.  FA  
505 NORTH SHADY AVENUE, NUMBER 2, )
FAYETTEVILLE, ARKANSAS 72701 )
)

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
JUN 21 2010
CHRIS R. JOHNSON, CLERK
BY
_____
DEPUTY CLERK

### SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Western_____ District of _____Arkansas_____
*(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____6/18/10_____
(not to exceed 14 days)

☒ in the daytime  6:00 a.m. to 10 p.m.    ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
_____.
(name)

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30)*.
                                                                                             ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __6/14/10  2:50 p.m.__                           ___Erin L. Setser___
                                                                                                           *Judge's signature*

City and state:   __Fayetteville, Arkansas__                    __Honorable Erin L. Setser, U.S. Magistrate__
                                                                                               *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: 06/15/2010 @ 0745 | Copy of warrant and inventory left with: ANDREW AUERNHEIMER / CLAUDIA YADATHI |
|---|---|---|

Inventory made in the presence of: DAVE BLAKELY, CLAUDIA YADATHI

Inventory of the property taken and name of any person(s) seized:

SEE ATTACHED FD-597s

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 06/21/2010

Executing officer's signature

KEITH W. FRUTIGER, SPECIAL AGENT (FBI)
Printed name and title

Subscribed and sworn to in my presence.

Erin L. Setser
U.S. Magistrate Judge   6/21/10