U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

**NOV 3 0 2010**

CHRIS R. JOHNSON, Clerk
By
        Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| IN RE SEARCH OF 505 N. SHADY AVE., #2 | ) Mag. No. 10-36 |
| FAYETTEVILLE, AR 72701 | ) |

## MOTION TO UNSEAL

Comes now the United States of America, by and through Deborah Groom, United States Attorney for the Western District of Arkansas, and for its motion to unseal filed herein, states:

1.    On June 14, 2010, a Search and Seizure Warrant was issued from this Court regarding the residence located at 505 N. Shady Ave., #2, Fayetteville, AR 72701.

2.    Upon execution of the warrant law enforcement officers located a controlled substance which resulted in charges being filed by the State of Arkansas.

3.    The Prosecuting Attorney representing the State of Arkansas is requesting a copy of the search warrant, application for search warrant, affidavit in support of the search warrant.

4.    Counsel for the government respectfully requests a release of the aforementioned documents in order for the United States to provide a copy to the Prosecuting Attorney.

WHEREFORE, the United States respectfully requests the Court to unseal the search warrant, the application and affidavit in support of the search warrant, and all related documents issuued in the above-captioned matter.

-1-

Respectfully submitted,

Deborah Groom

United States Attorney

By: David A. Harris

Assistant U.S. Attorney

Arkansas Bar No. 2003104

P. O. Box 1524

Fort Smith,  AR  72902

479-783-5125