U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

**DEC 0 1 2010**

CHRIS R. JOHNSON, Clerk
By
　　　Deputy Clerk

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| IN RE SEARCH OF 505 NORTH SHADY AVENUE, NUMBER 2, FAYETTEVILLE, ARKANSAS 72701 | : Mag. No. 10-36<br>:<br>: Hon. Erin L. Setser<br>:<br>:<br>: UNSEALING ORDER |

This matter having been brought before the Court upon the application of Deborah J. Groom, the United States Attorney for the Western District of Arkansas (David A. Harris, Assistant U.S. Attorney, appearing) for an order that the search warrant issued on June 14, 2010 in the above-captioned matter, the application and affidavit in support of the search warrant, and all related documents be unsealed; and for good cause shown,

IT IS ON this 30th day of November, 2010,

ORDERED that the search warrant, the application and affidavit in support of the search warrant, and all related documents issued in the above-captioned matter are unsealed.

_____
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE